Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR09-5379-RJB |
| v. | ) | ORDER TO SEAL |
| RICARDO CORTEZ-LUNA, | ) | |
| Defendant. | ) | |

The government's request that the United States' Motion made under Fed. R. Crim. P. 35 in the above-captioned matter be sealed, is hereby GRANTED.

DATED this 11th day of May, 2010.

*(signature)*

Robert J Bryan
United States District Judge

Presented by:

*s/John C. Odell*
JOHN C. ODELL
Special Assistant United States Attorney

ORDER TO SEAL/CORTEZ-LUNA
CR09-5379-RJB

United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
(253) 428-3800