JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR09-5379RJB |
| Plaintiff, ) | ORDER SEALING DEFENDANT'S REPLY TO GOVERNMENT'S MOTION |
| vs. ) | |
| RICARDO CORTEZ-LUNA, ) | |
| Defendant. ) | |

The Court having considered the Motion for Order Sealing Defendant's Reply to Government's Motion to Reduce Sentence,

NOW THEREFORE IT IS HEREBY ORDERED that the Reply (Docket #28) and any appendixes thereto be sealed.

DONE this 13th day of May, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:

/s/ *Russell V. Leonard*
RUSSELL V. LEONARD
Attorney for Defendant

ORDER SEALING REPLY – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**